PROB 12C
(7/93)

# United States District Court

for

## District of New Jersey

## Second Amended Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Sanadodeh Nesheiwat      **Docket Number:** 16-00082-001
    **PACTS Number:** 316013

**Name of Sentencing Judicial Officer:** THE HONORABLE GREGORY M. SLEET, UNITED STATES DISTRICT JUDGE, DISTRICT OF DELAWARE

**Name of Assigned Judge:** The Honorable Madeline Cox-Arleo, United States District Judge

**Date of Original Sentence:** 06/11/2015

**Original Offense:** Conspiracy to Commit Computer Fraud and Copyright Infringement.

**Original Sentence:** 18 months imprisonment, 36 months supervised release

**Special Conditions:** Special Assessment, Substance Abuse Testing, DNA testing, Drug Treatment, Mental Health Treatment, Computer/Internet Restrictions, Employment Requirements/Restrictions, Financial Disclosure

**Type of Supervision:** Supervised Release      **Date Supervision Commenced:** 08/07/2015

**Assistant U.S. Attorney:** Sammi Malek, 970 Broad Street, 7th Floor, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** K. Anthony Thomas, Federal Defenders Office, 1002 Broad Street, Newark, New Jersey 07102, (973) 645-6347

---

### PETITIONING THE COURT

☑ To issue a warrant
☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the special supervision condition which states 'You shall undergo treatment in a mental health program approved by the United States Probation Office until discharged by the Court. As necessary, said treatment may also encompass treatment for gambling, domestic violence and/or anger management, as approved by the United States Probation Office, until discharged by the Court. The Probation Officer shall supervise your compliance with this condition.' |

On October 6, 2016, in the U.S. Probation Office, the offender self-admitted to willfully going off his prescribed psychotropic medication a week prior. Such prescribed psychotropic medication was prescribed to him by a licensed physician as part of his medication regimen with mental health treatment.

On October 11, 2016, the offender appeared before the Honorable Michael A. Hammer, U.S Magistrate Judge, for an Initial Appearance and bail was denied. On October 24, 2016, the offender appeared before the Honorable Madeline Cox-Arleo, U.S. District Court Judge, for a Status Conference and it was ordered that the offender remain in custody until October 26, 2016, at which time, he would be released to an inpatient treatment facility and upon successful discharge, a violation hearing would be scheduled. On April 18, 2017, the offender appeared back before Judge Cox-Arleo for a revocation hearing and pled guilty to the above-stated charge with sentencing scheduled for July 18, 2017. On July 18, 2017, a Status Conference was held before Judge Cox-Arleo and a date was scheduled for another Status Conference for September 26, 2017. Prior to that date, the Status Conference was adjourned.

*2  The offender has violated the standard supervision condition which states 'You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.'

On November 13, 2017, the offender was admitted into Withdrawal Management treatment (detoxification) at Turning Point, located in Paterson, New Jersey. It was revealed on November 20, 2017, the offender left the program on his own, without completing the program or with approval of the program on November 16, 2017. His whereabouts since November 16, 2017, are unknown at this time, as he did not return to his residence, his family has not heard from him and attempts to reach him have been unsuccessful.

Prob 12C – page 3
Sanadodeh Nesheiwat

\*3     The offender has violated the special supervision condition which states 'You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and/or the use of alcohol, and must submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you must submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You must abide by the rules of any program and must remain in treatment until satisfactorily discharged by the Court. You must alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The U.S. Probation Office will supervise your compliance with this condition.'

The offender relapsed to the use of illegal substances, specifically, Heroin, while attending an outpatient substance abuse and mental health treatment program at High Point, located in Flemington, New Jersey. He proceeded to enter and subsequently complete a detoxification program in Paramus, and was scheduled to begin a short-term residential program at Turning Point. However, on November 13, 2017, the treatment regimen was changed from short-term residential to detoxification again as he presented to the facility testing positive for Opiates and Cocaine. Three days into the detoxification program, the offender left the facility prior to completion and without the facility's approval.

\*4     The offender has violated the mandatory supervision condition which states 'You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.'

On November 7, 2017, the undersigned had a telephonic conversation with the offender, while he was in a Withdrawal Management treatment program (detoxification) at New Bridge Medical Center (formerly known as Bergen Regional Medical Center), located in Paramus, New Jersey. During this conversation, which his counselor was present for, the offender admitted to using Heroin two weeks prior. The offender admitted to doing up to 50 bags of heroin per day before entering the medical center.

I declare under penalty of perjury that the foregoing is true and correct.

*Susan Karlak*
By: Susan Karlak
Sr. U.S. Probation Officer
Date: 10/11/2016

Prob 12C – page 4
Sanadodeh Nesheiwat

THE COURT ORDERS:

☒ The Issuance of a Warrant
☐ The Issuance of a Summons. Date of Hearing: _____.
☐ No Action
☒ *Other-Docket Updated Petition (to include new Violation Nos. 2 through 4) requesting the issuance of a warrant, to replace the original dated October 6, 2016, and the amended petition dated October 11, 2016.

_____
Signature of Judicial Officer

21 Nov 17
_____
Date